UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THOMAS CHAROS and DOROTHY CHAROS,

                Plaintiff,

                                  **ORDER**
    -against-                          CV 06-1068 (JFB)(ARL)

TOTAL COMMUNITY MANAGEMENT CORP.
et al.,

                Defendants.
------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

       By letter dated August 14, 2008, the defendants apprise the court that the Town of Riverhead has now required the defendant homeowner's association to file a revised site plan for approval by the Town's building department. Accordingly, the defendants request that the status conference scheduled for August 18, 2008 be adjourned. Plaintiff does consent to adjourn the conference.

       Given that the implementation of the settlement was conditioned upon approval by the Town, the Town shall have ample time to consider the revised site plan. Accordingly, the status conference scheduled for August 18, 2008 is adjourned.

Dated: Central Islip, New York
         August 15, 2008

                                             /s/
                                         _____
                                         ARLENE ROSARIO LINDSAY
                                         United States Magistrate Judge